**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
11 APR 13 PM 1:39

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>VANESSA YESENIA NUNEZ (1),<br><br>            Defendant. | CASE NO. 10CR4978-BEN<br><br>BY: <br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense of the Indictment: TITLE 21 U.S.C. §952 AND 960.

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 4, 2011

                                          HON. ROGER T. BENITEZ
                                          UNITED STATES DISTRICT JUDGE